(No. 6252

Minnesota Mining and Manufacturing Company, Claimant, *vs.* State of Illinois, Secretary of State, Respondent.

*Opinion filed January 11, 1972.*

Charles W. Ott, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6258

Hubbard and Hyland and Bradley and Bradley, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed January 11, 1972.*

Hubbard and Hyland and Bradley and Bradley, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.